GARY DUKARICH, CA Bar No. 188561
E-mail: gsd@cph.com
JOSHUA T. CHU, CA Bar No. 253623
E-mail: jtc@cph.com
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000
Newport Beach, California  92660-2960
Telephone: (949) 476-0757
Facsimile: (949) 476-8640

Attorneys for Defendant,
Hines Horticulture, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Tesselaar Plants Pty Ltd, an Australian corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>Hines Horticulture, Inc., a Delaware corporation,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIM. | No. 8:07-cv-01392-CJC-MLG<br><br>**ORDER OF DISMISSAL**<br><br>**Hon. Cormac J. Carney** |

Upon stipulation of the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that this case be DISMISSED in its entirety, each party to bear its own costs and fees. This case is dismissed with prejudice, except that Counts 4 - 6 of the Counterclaim of Defendant/Counterclaimant Hines Horticulture, Inc. are dismissed without prejudice other than as regards the product units accused in the Complaint.

Dated: July 12, 2010

_____
United States District Judge

GSD IRV1119271.2-*-06/17/10 2:36 PM